# MINUTES

CASE NUMBER:      CR NO. 01-00135HG

CASE NAME:        United States of America Vs. (01) Stuart Seugasala

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Helen Gillmor        REPORTER:

DATE:    08/05/2008           TIME:

---

COURT ACTION:      "MINUTE ORDER"

EO: Re: Defendant (01) Stuart Seugasala's motion for reduction in Sentence (Document No. 45). In Cr. No. 00-00106HG USA Vs. (01) Stuart Seugasala a status conference was held on August 5, 2008 as to the Motion for Reduction in Sentence. The motion was Denied. The motion for reduction in Sentence in this case is deemed Denied. The motion will be terminated.

Submitted by Leslie L. Sai, Courtroom Manager